IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA ZAMORA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO.  2:14-CV-21-WCO-JCF |
| GAINESVILLE CITY SCHOOL DISTRICT, *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REQUEST FOR DISCOVERY TO BE FILED BY PLAINTIFF**

COME NOW Defendants Gainesville City School District, Merrianne Dyer and Janet Allison and request that counsel for Plaintiff file the following discovery documents in connection with Defendants' Motion for Summary Judgment:

(1) Deposition of Janet Allison, including exhibits;

(2) Plaintiff's Responses to Defendants' First Interrogatories.

This 26th day of November, 2014.

HARBEN, HARTLEY & HAWKINS, LLP

*s/Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No. 382526

1

                                                                   Phillip L. Hartley
                                                                   Georgia Bar No. 333987

                                                                   ATTORNEY FOR DEFENDANTS

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, GA 30501
Telephone: (770) 534-7341
Fax:  (770) 532-0399
E-Mail: hnguyen@hhhlawyers.com
E-mail: phartley@hhhlawyers.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| YOLANDA ZAMORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.  2:14-CV-21-WCO-JCF |
| GAINESVILLE CITY SCHOOL ) | |
| DISTRICT, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 26th day of November, 2014, I electronically filed the *Defendants' Notice of Request for Discovery to be Filed by Plaintiff* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Regina S. Molden – rmolden@moldenholley.com
    Taylor Bennett – tbennett@moldenholley.com
    Alec MacInnes – amacinnes@moldenholley.com

                                                                   *s/Hieu M.Nguyen*

Harben, Hartley & Hawkins, LLP          Hieu M. Nguyen
Suite 750, Wells Fargo Center              Georgia Bar No. 382526
340 Jesse Jewell Parkway                  Attorney for Defendants
Gainesville, Georgia 30501
Phone:  (770) 534-7341
Fax:  (770) 532-0399