IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| YOLANDA ZAMORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.  2:14-CV-21-WCO-JCF |
| GAINESVILLE CITY SCHOOL ) | |
| DISTRICT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF INTENT TO FILE DISCOVERY

COME NOW Defendants Gainesville City School District, Merrianne Dyer and Janet Allison and file this Notice of Intent to File Discovery of the deposition of Plaintiff Yolanda Zamora, including exhibits therein.  This deposition is being submitted in connection with Defendants' Motion for Summary Judgment and Brief in Support of the Motion for Summary Judgment.

This 26th day of November, 2014.

                                           HARBEN, HARTLEY & HAWKINS, LLP

                                           *s/Hieu M. Nguyen*
                                           Hieu M. Nguyen
                                           Georgia Bar No. 382526

        Phillip L. Hartley
        Georgia Bar No. 333987

        ATTORNEY FOR DEFENDANTS

Wells Fargo Center, Suite 750
340 Jesse Jewell Parkway
Gainesville, GA 30501
Telephone: (770) 534-7341
Fax:  (770) 532-0399
E-Mail: hnguyen@hhhlawyers.com
E-mail: phartley@hhhlawyers.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| YOLANDA ZAMORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.  2:14-CV-21-WCO-JCF |
| GAINESVILLE CITY SCHOOL ) | |
| DISTRICT, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2014, I electronically filed the *Defendants' Notice of Intent to File Discovery* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Regina S. Molden – rmolden@moldenholley.com
    Taylor Bennett – tbennett@moldenholley.com
    Alec MacInnes – amacinnes@moldenholley.com

                                                        *s/Hieu M.Nguyen*

Harben, Hartley & Hawkins, LLP        Hieu M. Nguyen
Suite 750, Wells Fargo Center           Georgia Bar No. 382526
340 Jesse Jewell Parkway               Attorney for Defendants
Gainesville, Georgia 30501
Phone:  (770) 534-7341
Fax:  (770) 532-0399